Same case below, 417 Fed. Appx. 708.

■

**No. 10-10888. Zachary Johnson, Petitioner v. Mississippi.**

565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 6211.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

■

**No. 10-10889. Eun S. Kim, Petitioner v. Patrick R. Donahoe, Postmaster General, et al.**

565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 5846, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 297.

■

**No. 10-10890. Sandy Martin Cook, Petitioner v. West Virginia.**

565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 6599.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 228 W. Va. 563, 723 S.E.2d 388.

■

**No. 10-10891. Sebra R. Rollins, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 6381.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 10-10893. Kenneth Lyle Spangle, Petitioner v. United States.**

565 U.S. 855, 132 S. Ct. 186, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 5927.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 626 F.3d 488.

■

**No. 10-10894. Robert John Jeffery, Petitioner v. United States.**

565 U.S. 855, 132 S. Ct. 187, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 6267.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 631 F.3d 669.

■

**No. 10-10895. Richard Collado, Petitioner v. United States.**

565 U.S. 855, 132 S. Ct. 187, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 6404.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.